Approved: _____
          KAIYA ARROYO
          Assistant United States Attorney

Before:   THE HONORABLE JUDITH C. McCARTHY
          United States Magistrate Judge
          Southern District of New York

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :          22 Mag. 5853
                                  :
        - v. -                    :          RULE 5(c)(3)
                                  :          AFFIDAVIT
KULJINDER SINGH HUNJAN,           :
                                  :
                Defendant.        :

- - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss:

        MICHAEL HARRIMAN, being duly sworn, deposes and says
that he is a Special Agent with the United States Department of
the Treasury, Internal Revenue Service, Criminal Investigations
("IRS-CI"), and charges as follows:

        On or about June 29, 2022, the United States District
Court for the Southern District of Texas issued a warrant for
the arrest of "Kuljinder Singh Hunjan" (the "Warrant") based on
a criminal indictment (the "Indictment") charging "Kuljinder
Singh Hunjan" with violating 18 U.S.C. § 1349 (conspiracy to
commit bank fraud), 18 U.S.C. § 1956(h) (conspiracy to launder
funds), 18 U.S.C. § 1344 (bank fraud), 18 U.S.C. § 1708
(possession of stolen mail), and 18 U.S.C. § 1028A (aggravated
identity theft).  Copies of the Warrant and Indictment are
attached as Exhibit A and Exhibit B hereto and are incorporated
by reference herein.

        I believe that KULJINDER SINGH HUNJAN, the defendant, who
was arrested on July 14, 2022, in the Southern District of New
York, is the same person as the "Kuljinder Singh Hunjan" who is
wanted by the United States District Court for the Southern
District of Texas.

The bases for my knowledge and for the foregoing charge are, in part, as follows:

1.     I am a Special Agent with the IRS-CI.  I have been personally involved in determining whether KULJINDER SINGH HUNJAN, the defendant, is the same individual as the "Kuljinder Singh Hunjan" named in the Warrant from the United States District Court for the Southern District of Texas.  Because this Affidavit is being submitted for the limited purpose of establishing the identity of the defendant, I have not included in this Affidavit each and every fact that I have learned. Where I report statements made by others, those statements are described in substance and in part, unless otherwise noted.

2.     I am the lead investigator in Houston, Texas for IRS-CI in the investigation of "Kuljinder Singh Hunjan."  During my investigation, I have reviewed bank surveillance footage showing the individual known to be "Kuljinder Singh Hunjan" depositing a check at a Chase Bank branch (the "Chase Surveillance Footage").

3.     KULJINDER SINGH HUNJAN, the defendant, was arrested on or about July 14, 2022, at approximately 12:15 p.m. in Spring Valley, New York.  Law enforcement located HUNJAN in the driveway of 13 Carriage Lane, which is the known address of HUNJAN's parents.  I participated in HUNJAN's arrest.  Directly prior to the arrest, law enforcement approached HUNJAN and asked him to identify himself.  HUNJAN identified himself as "Kuljinder Hunjan."

4.     After his arrest, KULJINDER SINGH HUNJAN agreed to waive his *Miranda* rights and be interviewed by law enforcement. During the interview, HUNJAN reaffirmed his identity.  HUNJAN also was shown the Chase Surveillance Footage and confirmed that he was the individual in the footage.

WHEREFORE, I respectfully request that KULJINDER SINGH HUNJAN,
the defendant, be imprisoned or bailed as the case may be.


MICHAEL HARRIMAN
Special Agent
Internal Revenue Service, Criminal
Investigations


Sworn to before me this
This 15th day of July, 2022.


THE HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York

3

# EXHIBIT A

# SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:22-cr-288 1 |
| | ) | |
| KULJINDER SINGH HUNJAN | ) | |
| | ) | |
| *Defendant* | ) | |

*RECEIVED*
*UNITED STATES MARSHAL*
*2022 JUN 29  PM 2:50*
*SOUTHERN DIST. S/TX*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **KULJINDER SINGH HUNJAN**                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy [18 USC § 1349]
Ct. 2: Conspiracy to Launder Funds [18 USC § 1956(h)]
Ct. 3: Bank Fraud  [8 USC § 1344]
Ct. 4: Possession of Stolen Mail [18 USC § 1708]
Ct 5: Aggravated Identity Theft [18 USC § 1028A]

> **Sealed**
> Public and unofficial staff access
> to this instrument are
> prohibited by court order.

Date:  June 29, 2022

*Issuing officer's signature*

City and state:  Houston, TX

R. Becknal, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                            *Arresting officer's signature* |
|                                                    *Printed name and title* |

| AO257<br>(USAO Rev. 6/99) **4:22-cr-288** | **Marshal's Office/Clerk's Office** | Sealed<br>Public and unofficial staff access<br>to this instrument are<br>prohibited by court order | PER 18 U.S.C. 3170 |
|---|---|---|---|

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

| BY: ☐ Complaint   ☐ Information   ☑ Indictment | **DEFENDANT - U.S.** vs. |
|---|---|

| Name of District Court, and/or Judge/Magistrate Location (City) | | **KULJINDER SINGH HUNJAN** | United States Courts<br><s>Southern District of Texas</s><br>**FILED** |
|---|---|---|---|
| **UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION** | Address | 13 Carriage Lane<br>, Spring Valley, NY 10977 | June 28, 2022 |
| | | | *Nathan Ochsner, Clerk of Court* |
| Name and Office of Person<br>Furnishing Information on<br>THIS FORM | JENNIFER B. LOWERY, USA | Birth<br>Date | 01/17/1986   ☑ Male   ☐ Alien<br>☐ Female   (if applicable) |
| | ☑ U.S. Att'y   ☐ Other U.S. Agency | | |
| Name of Asst. U.S. Att'y<br>(if assigned) | Jay Hileman, AUSA | Social Security Number | |

| Proceeding | Defendant |
|---|---|
| Name of Complainant Agency, or Person (& Title, if any)<br><br>Christopher Dozier, Secret Services | **IS NOT IN CUSTODY**<br>1) ☑ Has not been arrested, pending outcome this proceeding<br>    if not detained give date any prior ▶<br>    summons was served on above charges |
| ☐ person is awaiting trial in another Federal or State Court, give<br>    name of court | 2) ☐ Is a Fugitive<br>3) ☐ Is on Bail or Release from (show District) |
| ☐ this person/proceeding transferred from another district per (circle<br>    one) FRCrP 20, 21 or 40. Show District | **IS IN CUSTODY** |
| ☐ this is a reprosecution of charges<br>    previously dismissed which were<br>    dismissed on motion of:<br>    ☐ U.S. Att'y   ☐ Defense | SHOW<br>DOCKET NO. | 4) ☐ On this charge<br>5) ☐ On another conviction              ☐ Fed'l ☐ State<br>6) ☐ Awaiting trial on other charges |
| ☐ this prosecution relates to pending<br>    case involving this same defendant | MAG. JUDGE<br>CASE NO. | If answer to (6) is "Yes", show name of institution |
| ☐ prior proceedings or appearance(s)<br>    before U.S. Magistrate Judge regarding<br>    this defendant were recorded under | | Has detainer   ☐ Yes   If "Yes"<br>been filed?   ☐ No    give date<br>              filed |
| Place of<br>offense   Southern District of Texas | ☐ Petty<br>☐ Minor<br>☐ Misdemeanor<br>☑ Felony | DATE OF<br>ARREST ▶<br><br>Or . . . if Arresting Agency & Warrant were not Federal<br><br>DATE TRANSFERRED<br>TO U.S. CUSTODY |

## OFFENSE CHARGED - U.S.C. CITATION -STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Ct. 1: Conspiracy [18 U.S.C. § 1349]

Ct. 2: Conspiracy to Launder Funds [18 U.S.C. § 1956(h)]

Ct. 3: Bank Fraud  [8 U.S.C. § 1344]

Ct. 4: Possession of Stolen Mail [18 U.S.C. § 1708]

Ct 5: Aggravated Identity Theft [18 U.S.C. § 1028A]

**Penalties**

Ct. 1: Up to 30 years imprisonment and/or a fine of up to $1,000,000, followed by up to 5 years supervised release; $100 SA.

Ct. 2: Up to 20 years imprisonment and/or a fine of up to $500,000 or tice the value of the funds laundered, followed by up to 3 years supervised release; $100 SA.

Ct. 3: Up to 30 years imprisonment and/or a fine of up to $1,000,000, followed by up to 5 years supervised release; $100 SA.

Ct. 4: Up to 5 years imprisonment and/or a fine of up to $250,000, followed by up to 3 years supervised release; $100 SA.

Ct. 5: Two years imprisonment consecutive to any other related term and a fine up to $250,000 followed by up to 1 year of supervised release; $100 SA.

# SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 4:22-cr-288 1 |
| | ) | |
| KULJINDER SINGH HUNJAN | ) | |
| | ) | |
| | ) | |
| _Defendant_ | | |

*RECEIVED UNITED STATES MARSHAL.*
*2022 JUN 29  PH 2: 50*
*SOUTHERN DIST. S/TX*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   _KULJINDER SINGH HUNJAN_                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Conspiracy [18 USC § 1349]
Ct. 2: Conspiracy to Launder Funds [18 USC § 1956(h)]
Ct. 3: Bank Fraud  [8 USC § 1344]
Ct. 4: Possession of Stolen Mail [18 USC § 1708]
Ct 5: Aggravated Identity Theft [18 USC § 1028A]

> **Sealed**
> Public and unofficial staff access
> to this instrument are
> prohibited by court order.

Date:  June 29, 2022

_Issuing officer's signature_

City and state:   Houston, TX

R. Becknal, Deputy Clerk
_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ at _(city and state)_ _____ . |
| Date: _____                                _Arresting officer's signature_ |
|                                                 _Printed name and title_ |

| A0257<br>(USAO Rev. 6/99) **4:22-cr-288** | **Marshal's Office/Clerk's Office** | | Sealed<br>Public and unofficial staff access<br>to this instrument are<br>prohibited by court order | **PER 18 U.S.C. 3170** |

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ Complaint   ☐ Information   ☒ Indictment

**DEFENDANT - U.S. vs.**

Name of District Court, and/or Judge/Magistrate Location (City)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

KULJINDER SINGH HUNJAN

~~United States Courts~~
~~Southern District of Texas~~
**FILED**
*June 28, 2022*
Nathan Ochsner, Clerk of Court

Address: 13 Carriage Lane
, Spring Valley, NY 10977

Name and Office of Person
Furnishing Information on
THIS FORM

JENNIFER B. LOWERY, USA

☒ U.S. Att'y   ☐ Other U.S. Agency

Birth Date: 01/17/1986   ☒ Male   ☐ Alien
☐ Female   (if applicable)

Name of Asst. U.S. Att'y
(if assigned)

Jay Hileman, AUSA

Social Security Number

**Proceeding**

Name of Complainant Agency, or Person (& Title, if any)

Christopher Dozier, Secret Services

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to pending case involving this same defendant

MAG. JUDGE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

Place of offense: Southern District of Texas

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**Defendant**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding
   If not detained give date any prior ▶
   summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Ball or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST ▶

Or . . . If Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY

**OFFENSE CHARGED - U.S.C. CITATION -STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Ct. 1: Conspiracy [18 U.S.C. § 1349]

Ct. 2: Conspiracy to Launder Funds [18 U.S.C. § 1956(h)]

Ct. 3: Bank Fraud  [8 U.S.C. § 1344]

Ct. 4: Possession of Stolen Mail [18 U.S.C. § 1708]

Ct 5: Aggravated Identity Theft [18 U.S.C. § 1028A]

**Penalties**
Ct. 1: Up to 30 years imprisonment and/or a fine of up to $1,000,000, followed by up to 5 years supervised release; $100 SA.
Ct. 2: Up to 20 years imprisonment and/or a fine of up to $500,000 or tice the value of the funds laundered, followed by up to 3 years supervised release; $100 SA.
Ct. 3: Up to 30 years imprisonment and/or a fine of up to $1,000,000, followed by up to 5 years supervised release; $100 SA.
Ct. 4: Up to 5 years imprisonment and/or a fine of up to $250,000, followed by up to 3 years supervised release; $100 SA.
Ct. 5: Two years imprisonment consecutive to any other related term and a fine up to $250,000 followed by up to 1 year of supervised release; $100 SA.

# EXHIBIT B

Sealed
Public and unofficial staff access
to this instrument are
prohibited by court order

United States Courts
Southern District of Texas
FILED

*June 28, 2022*

Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO. H-22-** |
| | § | |
| **KULJINDER SINGH HUNJAN** | § | **4:22-cr-288** |
| **BENJAMIN THOMAS** | § | |
| **COURTNEY TANGANIFE SMITH** | § | |

**INDICTMENT**

The United States Grand Jury charges:

At all times material herein:

1.    The Federal Deposit Insurance Corporation (FDIC) was an agency of the federal government which insured the deposits of member banks against loss up to $100,000 with the purpose of preventing their collapse and instilling public confidence in the nation's banking institutions.

2.    Regions Bank, including its branches, was a financial institution the deposits of which were insured by the FDIC.

**COUNT 1**
**(Conspiracy - 18 U.S.C. § 1349)**

A.    **INTRODUCTION**

1.    The Grand Jury adopts, realleges, and incorporates herein the allegations in paragraphs 1-2 of the Introduction of this Indictment as if set out fully herein.

B.    **THE CONSPIRACY AND ITS OBJECTS**

2.    From on or about November 1, 2021. and continuing until on or about April 13, 2022, in the Houston Division of the Southern District of Texas and elsewhere,

1

**KULJINDER SINGH HUNJAN,**
**BENJAMIN THOMAS, and**
**COURTNEY TANGANIFE SMITH,**

Defendants herein, did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to execute and attempt to execute a scheme and artifice to defraud Regions Bank, a financial institution the accounts of which were insured by the FDIC, and to obtain money, funds, and property under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations, and promises in violation of Title 18, United States Code, Section 1344 (Bank Fraud).

**C.    THE MANNER AND MEANS OF THE CONSPIRACY**

The manner and means of the conspiracy were as follows:

3.    The conspirators stole at least one United States Treasury check from the United States Mail.

4.    The conspirators used forged and counterfeit identification documents to impersonate the payees on the stolen United States Treasury check and fraudulently opened bank accounts.

5.    The conspirators unlawfully endorsed the United States Treasury check and deposited the check into the bank account that they had opened using the identities of the payees.

6.    The conspirators withdrew the proceeds of the stolen check by writing checks to the accounts of cooperating individuals and other fraudulently created bank accounts.

7.    The conspirators withdrew the illegal proceeds from the accounts of the cooperating individuals and the other fraudulently created accounts by ATM transactions, debit card purchases, and other electronic transfer methods.

**D.    OVERT ACTS**

8.    In furtherance of the conspiracy, and to affect the objects thereof, the defendants

2

performed and caused to be performed, among others, the acts set forth in Counts Two through Five of this indictment, hereby re-alleged and incorporated as if fully set forth in this Count, as well as the acts listed below:

      a.     On or about January 10, 2022, **KULJINDER SINGH HUNJAN** opened an account at the Regions Bank, Wallisville Branch, in Harris County, Texas, in the names of M.S. and I.S. and with an account number ending in 4761.

      b.     On or about January 18, 2022, **KULJINDER SINGH HUNJAN** deposited a United States Treasury check payable to M.S. and I.S. in the amount of $2,932,446.84 into the Regions Bank account ending in 4761 at a branch in Houston, Texas.

      c.     On or about January 28, 2022, **BENJAMIN THOMAS** deposited a check in the amount of $250,000 from the Regions Bank account ending in 4761 to the Audrey Singh account ending in 0388 at PNC Bank.

      d.     On or about February 1, 2022, **BENJAMIN THOMAS** deposited a check in the amount of $272,050 from the Regions Bank account ending in 4761 into the Milbert Crossland account at PNC Bank.

      e.     On or about February 21, 2022, **KULJINDER SINGH HUNJAN** deposited a check in the amount of $147,000 into an account at Chase Bank ending in 1635.

      f.     On or about February 26, 2022, **BENJAMIN THOMAS** withdrew $800 from Regions Bank account 9139 in Harris County, Texas.

      g.     On or about March 4, 2022, ▮▮▮▮▮▮▮▮▮▮ deposited a check in the amount of ▮▮▮▮▮▮ into an account in his name at ▮▮▮▮▮▮▮ in Harris County, Texas.

In violation of Title 18, United States Code, Section 1349.

3

## COUNT 2
### (Conspiracy to Launder Funds - 18 U.S.C. § 1956(h))

**A.**    **INTRODUCTION**

      1.     The allegations in paragraphs 1-2 of the Introduction of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

**B.**    **THE CONSPIRACY AND ITS OBJECTS**

      2.     Beginning on or about November 1, 2021, and continuing through at least April 13, 2022, in the Houston Division of the Southern District of Texas, and elsewhere,

**KULJINDER SINGH HUNJAN,**
**BENJAMIN THOMAS, and**
**COURTNEY TANGANIFE SMITH,**

Defendants herein, together with other persons known and unknown to the grand jury, did unlawfully and knowingly combine, conspire, confederate, and agree with others, to conduct financial transactions which involved proceeds of a specified unlawful activity, that is: bank fraud, using funds obtained as a result of a scheme to defraud alleged herein, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, that is, acts chargeable as bank fraud under Title 18, U.S.C. §1344, and knowing that the transactions were designed in whole or in part to promote the carrying on of such specified unlawful activity, and to conceal and disguise the nature, source, ownership and control of the proceeds of specified unlawful activity, all in violation of Title 18, United States Code, Section 1956(a)(1)(A)(I) and (B)(I).

4

**C.**     **THE MANNER AND MEANS OF THE CONSPIRACY**

     3.     Among the manner and means by which the defendants sought to accomplish and did accomplish the purpose of the conspiracy and scheme to defraud are the acts set forth in paragraphs 3 through 7 of Count One of this Indictment, hereby re-alleged and incorporated as if fully set forth in these counts.

**D.**     **OVERT ACTS**

     4.     In furtherance of the conspiracy, and to affect the objects thereof, the defendants and the co-conspirators performed and caused to be performed, in the Southern District of Texas and elsewhere, among others, the acts alleged in Counts Three through Five of this Indictment, as well as the overt acts alleged in Count One of this Indictment, as if fully set forth in this Count.

     In violation of Title 18, United States Code, Section 1956(h).

**COUNT 3**
**(Bank Fraud - 18 U.S.C. § 1344)**

**A.**     **INTRODUCTION**

     1.     The allegations in paragraphs 1-2 of the Introduction of this Indictment are hereby adopted, realleged, and incorporated as if set out fully herein.

**B.**     **THE SCHEME AND ARTIFICE TO DEFRAUD**

     2.     Beginning on or about November 1, 2022, and continuing through at least April 13, 2022, in the Houston Division of the Southern District of Texas, and elsewhere,

**KULJINDER SINGH HUNJAN, and**
**COURTNEY TANGANIFE SMITH,**

Defendants herein, did knowingly execute and attempt to execute a scheme and artifice to defraud Regions Bank, a financial institution the deposits of which were insured by the FDIC, and to obtain

5

moneys and funds owned by and under the custody and control of the above-listed financial institutions, by means of false and fraudulent pretenses, representations, and promises as further set forth in the counts below.

**C.    THE MANNER AND MEANS OF THE SCHEME**

3.    Among the manner and means by which the defendants sought to accomplish and did accomplish the purpose of the scheme to defraud are the acts set forth in paragraphs 3 through 7 of Count One of this Indictment, hereby re-alleged and incorporated as if fully set forth in these counts.

**D.    EXECUTION OF THE SCHEME AND ARTIFICE**

4.    On or about January 18, 2022, the Defendants executed and attempted to execute the scheme and artifice set forth above by knowingly and fraudulently depositing a United States Treasury check in the amount of $2,932,446.84 into a Regions Bank account opened in the names of M.S. and I.S.

In violation of Title 18, United States Code, Sections 1344 and 2.

**COUNT 4**
**(Possession of Stolen Mail – 18 U.S.C. § 1708)**

From on or about November 1, 2021, until on or about January 18, 2022, in the Houston Division of the Southern District of Texas,

**KULJINDER SINGH HUNJAN, and**
**COURTNEY TANGANIFE SMITH,**

Defendants herein, did possess a United States Treasury check payable to M.S. and I.S., which had been stolen from the United States Mail, knowing that said item had been stolen.

In violation of Title 18, United States Code, Sections 1708 and 2.

**COUNT 5**
**(Aggravated Identity Theft- 18 U.S.C. § 1028A)**

From on or about January 3, 2022, until on or about January 18, 2022, in the Houston

Division of Southern District of Texas and elsewhere,

**KULJINDER SINGH HUNJAN, and**
**COURTNEY TANGANIFE SMITH,**

Defendants herein, did knowingly transfer, possess, and use, without lawful authority, a means of

identification of another, that is, the name, date of birth and social security number of victims

M.S. and I.S., real persons, during and in relation to a violation of Title 18, United States Code,

Section 1344 (Bank Fraud).

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

**NOTICE OF FORFEITURE**
**(18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), & 982(a)(2); 28 U.S.C. § 2461(c))**

Pursuant to Title 18, United States Code, Section 982 (a)(2)(A), the United States gives

notice to the defendants,

**KULJINDER SINGH HUNJAN,**
**BENJAMIN THOMAS, and**
**COURTNEY TANGANIFE SMITH,**

t   that in the event of conviction of the offenses charged in Counts 1 and 3 of this Indictment, the

United States intends to seek forfeiture of all property constituting or derived from proceeds

obtained, directly or indirectly, as the result of such offenses.

Pursuant to Title 18, United States Code, Section 982(a)(1), the United States gives notice

to the defendants,

**KULJINDER SINGH HUNJAN,**

7

**BENJAMIN THOMAS, and**
**COURTNEY TANGANIFE SMITH,**

that in the event of conviction of the money laundering offense charged in Count 2 of this

Indictment, the United States intends to seek forfeiture of all property, real or personal, involved

in the money laundering conspiracy or traceable to such property.

Pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code,

Section 981(a)(1)(C), the United States gives notice to defendants

**KULJINDER SINGH HUNJAN, and**
**COURTNEY TANGANIFE SMITH,**

that in the event of conviction of the offense charged in Count 4 of this Indictment, the United

States intends to seek forfeiture of all property, real or personal, which constitutes or is derived

from proceeds traceable to such offense.


**<u>Money Judgment and Substitute Assets</u>**

The United States gives notice that it will seek a money judgment against each defendant.

In the event that one or more conditions listed in Title 21, United States Code, Section 853(p)

exists, the United States will seek to forfeit any other property of the defendants up to the value of

the property subject to forfeiture.


TRUE BILL

# Original Signature on File

FOREPERSON OF THE GRAND JURY


8

JENNIFER B. LOWERY
United States Attorney


JAY HILEMAN
Assistant United States Attorney