DOCKET No. 22 MJ 5853          DEFENDANT  Kuljinder Singh Hunjan

AUSA  Kaiya Arroyo and Benjamin Klein          DEF.'S COUNSEL  Elizabeth Quinn
☐ RETAINED   ☑ FEDERAL DEFENDERS   ☐ CJA   ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☑ Rule 5(c)(3)   ☑ Detention Hrg.          DATE OF ARREST  7/14/2022          ☐ VOL. SURR.
☐ Other: _____                                              TIME OF ARREST  12:15 p.m.          ☐ ON WRIT
                                                                     TIME OF PRESENTMENT  12:30 p.m.

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE      ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☑ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 150000  PRB   ☑ 3  FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ SDTX for court appearances and attorney visits
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☑ AS DIRECTED BY PRETRIAL SERVICES
☑ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: one cosigner
_____; REMAINING CONDITIONS TO BE MET BY: 7/22/22

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendant was advised of his rights and the charges against him. Public reading of the complaint waived. Financial affidavit approved. Elizabeth Quinn was appointed to represent the defendant. The government consents to release on bail, arguments heard regarding conditions.

(Courtflow: 10 minutes initial appearance, 25 min detention hearing)

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY           ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                     ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED          ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE:  8/10/22          ☑ ON DEFENDANT'S CONSENT

DATE: 7/15/22

Judith C. McCarthy
_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (original) – COURT FILE     PINK – U.S. ATTORNEY'S OFFICE     YELLOW – U.S. MARSHAL     GREEN – PRETRIAL SERVICES AGENCY
Rev'd 2016